## *PRELIMINARY PRINT*

## VOLUME 598 U. S. PART 1
### PAGES 15–16

# OFFICIAL REPORTS

OF

# THE SUPREME COURT

JANUARY 23, 2023

Page Proof Pending Publication

REBECCA A. WOMELDORF

REPORTER OF DECISIONS



NOTICE: This preliminary print is subject to formal revision before the bound volume is published.   Users are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D.C. 20543, pio@supremecourt.gov, of any typographical or other formal errors.

# IN RE GRAND JURY

### CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

No. 21–1397.    Argued January 9, 2023—Decided January 23, 2023

Certiorari dismissed.    Reported below: 23 F. 4th 1088.

*Daniel B. Levin* argued the cause for petitioner.  With him on the brief were *Donald B. Verrilli, Jr., J. Max Rosen, Rachel G. Miller-Ziegler*, and *Evan J. Davis*.

*Masha G. Hansford* argued the cause for the United States.    With her on the brief were *Solicitor General Prelogar, Deputy Assistant Attorney General Hubbert, Deputy Solicitor General Feigin, S. Robert Lyons, Joseph B. Syverson*, and *Mark S. Determan*.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

—————

*Briefs of *amici curiae* urging reversal were filed for the American Bar Association by *Deborah Enix-Ross* and *John M. Colvin*; for the American College of Tax Counsel by *Hashim M. Mooppan, Kathryn Keneally, Kelly C. Holt*, and *Lawrence Hill*; for the Buckeye Institute by *Mark D. Harris* and *Robert Alt*; for the California Lawyers Association by *Laura L. Buckley* and *Adria Price*; for the Chamber of Commerce of the United States of America et al. by *John S. Williams, Jennifer B. Dickey, Amy Chai*, and *Kevin Carroll*; for Lawyers for Civil Justice by *Jonathan M. Redgrave* and *Gareth T. Evans*; for Silicon Valley Tax Directors Group by *Jonathan C. Bond, Saul Mezei, Lucas C. Townsend*, and *Vladimir J. Semendyai*; and for the Washington Legal Foundation by *John M. Masslon II* and *Cory L. Andrews*.

Briefs of *amici curiae* were filed for the Association of Professional Responsibility Lawyers by *Arden J. Olson, William F. Gary, Sharon A. Rudnick*, and *W. William Hodes*; for the Atlantic Legal Foundation by *Lawrence S. Ebner, Ana Tagvoryan*, and *Arash Beral;* for DRI Center

Per Curiam

Page Proof Pending Publication

––––––––––

for Law and Public Policy by *E. Todd Presnell*; for Federation of Defense & Corporate Counsel by *Mary-Christine Sungaila*; and for the New York Intellectual Property Law Association by *Irena Royzman*, *Robert J. Rando*, *Robert M. Isackson*, and *Mark A. Chapman*.

REPORTER'S NOTE

The attached opinion has been revised to reflect the usual publication and citation style of the United States Reports. The revised pagination makes available the official United States Reports citation in advance of publication. The syllabus has been prepared by the Reporter of Decisions for the convenience of the reader and constitutes no part of the opinion of the Court. A list of counsel who argued or filed briefs in this case, and who were members of the bar of this Court at the time this case was argued, has been inserted following the syllabus. Other revisions may include adjustments to formatting, captions, citation form, and any errant punctuation. The following additional edits were made:

None